**Order filed March 10, 2022.**



**In The**

# Fourteenth Court of Appeals

———————

**NO. 14-22-00041-CR**

———————

**JOSE YBARRA LEYVA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 10th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 17-CR-1875**

---

## ORDER

The clerk's record in this case was due February 15, 2022. *See* Tex. R. App. P. 35.2. On February 16, 2022, the clerk of this court sent a letter to the Galveston County District Clerk, informing him the record had not been filed.

The court has not received a request for an extension of time to file the clerk's record. The court has not been advised that appellant has not made arrangements to pay for the record. *See* Tex. R. App. P. 35.3(a)(2). The clerk's record has not been filed with the court. We therefore order the Galveston County District Clerk to file the clerk's record in this appeal on or before March 21, 2022.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.